THE JUDICIAL COUNCIL OF THE SEVENTH CIRCUIT
219 South Dearborn
Chicago, Illinois 60604

ORDER OF RECALL
OF UNITED STATES MAGISTRATE JUDGE
WILLIAM E. CALLAHAN, JR.

The Honorable William E. Callahan, Jr., having consented to serve, and Chief District Judge William C. Griesbach, Chief District Judge James D. Peterson, Chief District Judge Rubén Castillo, and Chief District Judge Jane E. Magnus-Stinson, having consented to such service, is recalled for service as a United States Magistrate Judge assigned to the Eastern District of Wisconsin, Western District of Wisconsin, Northern District of Illinois, and Southern District of Indiana. The magistrate judge is authorized to perform the powers and duties of the office of magistrate judge as provided by the respective district courts.

This recall is pursuant to the Recall Regulations promulgated by the Judicial Conference under 28 U.S.C. § 636(h). The Judicial Council hereby certifies that the magistrate judge is expected to perform, and he consents to perform, substantial service during the period of recall. This recall is without staff.

The appointment is effective on September 15, 2017 and shall continue in effect through December 31, 2018.

FOR THE JUDICIAL COUNCIL:

_____
Diane P. Wood, Chief Judge
Court of Appeals for the Seventh Circuit

Dated: September 15, 2017